IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN JOHNSON ELLIS**                                                                   **PLAINTIFF**
**ADC #121088**

**V.**                                           **NO. 4:21-CV-00754-BRW**

**GREG SIEGLER,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of August, 2021.

                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE